UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANDREAS YATES,

    Plaintiff,

v.                                         Civ. No. 22-0947 KG/GJF

UNITED STATES OF AMERICA,

    Defendant.

**ORDER REGARDING CURE AND MOTION TO EXTEND**

THIS MATTER is before the Court on Plaintiff's *pro se* Motion to Extend [ECF 2] ("Motion"). On December 14, 2022, the Clerk's Office mailed him a blank civil rights complaint and a blank *in forma pauperis* motion. Plaintiff seeks an extension through February 14, 2023, to cure deficiencies in his Letter Regarding Excessive Force [ECF 1]. The Court has not yet fixed a cure deadline but will permit Plaintiff to file the required forms by that date. Plaintiff is reminded that he must complete his own submissions, rather than relying on the fellow inmate cited in his Motion. A *pro se* litigant may not represent a third party in Federal Court. *See Amaro v. Attorney General for New Mexico,* 781 Fed. App'x 693 (10th Cir. July 11, 2019) (unpublished).

**IT IS ORDERED** that by February 14, 2023, Plaintiff must: (1) file a complaint; and (2) prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period. The failure to timely comply with both directives will result in dismissal.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE